FILED - GR
March 27, 2025 1:03 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /3-27

In The United States District Court
110 Michigan St, Grand Rapids 49503

**1:25-cv-339**
Robert J. Jonker
U.S. District Judge

Eric D. Gant, 777 3 Mile Rd,
Walker MI 49544

hon._____

V

Case #_____

Nelnet,
Lincoln Square
121 S 13th St, Lincoln Nebraska

<u>Complaint</u>

Now comes plaintiff Eric Gant, filing a civil suit, in pro per and states the following:

1. In 2016 Eric took out student loans with the Federal Department of Education.

2. After a consideration Eric has decided to discharge his obligations under

   § 3-604. DISCHARGE BY CANCELLATION OR

   RENUNCIATION .

   (a) A person entitled to enforce an instrument , with or without consideration , may discharge the obligation of ( a ) party to pay the instrument (i) by an intentional voluntary act, such as surrender of the instrument to the party, destruction, mutilation, or cancellation of the instrument, cancellation or striking out of the party's signature, or the addition of words to the instrument indicating discharge, or (ii) by agreeing not to sue or otherwise renouncing rights against the party by a signed record.

3. I Herby renounce my rights against myself and your self. That says A party not another party.

4. Under  3-301. PERSON ENTITLED TO ENFORCE INSTRUMENT.

   A person may be a person entitled to enforce the instrument even though the person is not the owner of the instrument or is in wrongful possession of the instrument......We see here even if he owns it or not he can be entitled to enforce it.

§ 3-104. NEGOTIABLE INSTRUMENT.

(b) " Instrument " means a negotiable instrument .

(a) Except as provided in subsections (c) and (d), " negotiable instrument " means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:....we see here if has to meet these standards or it's not a unconditional promise or order.

(1) is payable to bearer or to order at the time it is issued or first comes into possession of a holder;

(2) is payable on demand or at a definite time; and

(3) does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain (i) an undertaking or power to give, maintain, or protect collateral to secure payment, (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor.

5. We see here 2 & 3 have to be met at the same time, we did not. 1 is our only option left. When you first come into possession of it, if was based on when you created it, so it was not payable at that time.

6. § 3-109. PAYABLE TO BEARER OR TO ORDER

(a) A promise or order is payable to bearer if it:

(1) states that it is payable to bearer or to the order of bearer or otherwise indicates that the person in possession of the promise or order is entitled to payment;..... technically it's not payable to bearer because bearer is a document and not a person…..it does not indicate that the person in possession is entitled to payment, it states your company may be entitled but based on how I took out loans with the department of education, Nelnet was not indicated to be entitled to payment.

(2) does not state a payee; or......(it states a payee, me)(1 & 2 have to both be met or 2 us optional to 3).

(3) states that it is payable to or to the order of cash or otherwise indicates that it is not payable to an identified person.....


Under the constitution of the United States of America,

Article IV, Section 1:

*Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.*

7. Technically each judge exist in a state, so they shall give full faith in credit simply to another state, not state government to government, that would violate equal rights.


8. Brown v board of education demonstrates equal rights is to make things more equal, not apply the same law to everyone. In addition a class of one action confirms that. I will sie aggressively for over $1million or upwards about that.


9. With that being said, under Michigan law mcl 767.24


8) As used in subsection (7):.....that dong say limited to this section

(a) "Identified" means the individual's legal name is known

We appear not to have a law explaining what an individual is, so a legal dictionary recognized at the supreme Court is Merriam Webster ls dictionary.


10.   Under Merriam Webster, individual means;

(1) : a single human being as contrasted with a social group or institution. a teacher who works with individuals. (2) : a single organism as distinguished from a group.

11.    Ummm your company can never meet the standards of an individual. Your not a human.
12.    Point is, I now sue because your company stated they will not discharge the debt when I have a right to do so.
13.    I'm asking for a discharge of the debt and tremble damages known as time damages in the amount of $10,000 because I expect this case to last that long and my time is worth something, plus a discharge of the debt. These fees are adjustable
14.    I'm asking for full faith and credit again under Michigan law;

**600.2919a Recovery of damages, costs, and attorney's fees by person damaged; remedy cumulative.**

Sec. 2919a.

   (1) A person damaged as a result of either or both of the following may recover 3 times the amount of actual damages sustained, plus costs and reasonable attorney fees:

15. In addition, you simply are not in possession because the online submission is a copy of the promise, not the original promise.

Signed,                                        Date

*Eric Mit*                                     03/17/2025

/s/ Eric D. Gant                               03/17/2025